**2009–2287.   State ex rel. Layshock v. Moorehead.**
Trumbull App. No. 2009–T–0076, 185 Ohio App.3d 94, 2009-Ohio-6039. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
Brown, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2010–0618.   State ex rel. Combs v. Sinclair.**
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
Brown, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2010–0621.   State ex rel. Craig v. Kirschman.**
In Mandamus and Prohibition. Relator's motions to consolidate, for settlement conference, to enter new evidence and exhibits, and to amend complaint are denied. Respondent's motion to dismiss is granted. Cause dismissed.
Brown, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2010–0630.   State ex rel. Gorrasi v. Hildebrandt.**
In Mandamus. On complaint in mandamus of Carmen Gorrasi. On S.Ct.Prac.R. 10.5 determination, cause dismissed.
Brown, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2010–0679.   State ex rel. Smith v. Gill.**
In Prohibition. Motion for leave to intervene is granted. Motions to dismiss are granted. Cause dismissed.
Brown, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2010–0683.   State ex rel. McCuller v. Mausser.**
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
Brown, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2010–0685.   [State ex rel.] Ricks v. Montgomery Cty. Court of Common Pleas.**
In Mandamus. On motions to dismiss. Motions to dismiss granted. Cause dismissed.
Brown, C.J., and Pfeifer, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.
Lundberg Stratton, J., dissents and would grant the writ.

**2010–0688.   State ex rel. Goins v. Nastoff.**
In Mandamus and Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
Brown, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, and Cupp, JJ., concur.
Lanzinger, J., dissents.

**2010–0705.   State ex rel. Gorrasi v. O'Connor.**
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
Brown, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2010–0708.   [State ex rel.] Kemp v. State.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
Brown, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2010–0712.   [State ex rel.] Schurowliew v. Mason.**
In Prohibition. Relator's motion for stay denied. Respondent's motion to dismiss granted. Cause dismissed.
Brown, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.